**LINDA ZISKIN**, OSB # 01106
lziskin@justice.com
4800 SW Meadows Road, Suite 300
Lake Oswego, OR 97035
Voice: (503)534-3563
Fax:    (503)534-3583

**RICHARD A. SLY**, OSB # 630740
rsly@teleport.com
1001 S.W. 5th Avenue, Suite 1901
Portland, OR 97204
Voice: (503) 224-0436
Fax:    (503) 224-1227
  Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **VALERIE L. FOULADIAN,** | CV # 04-116-AA |
| Plaintiff, | |
| vs. | ORDER |
| **COMMISSIONER of Social Security,** | |
| Defendant. | |

Attorney fees in the amount of $6,335.68 are hereby awarded to Plaintiff pursuant to the

Equal Access to Justice Act, 28 U.S.C. § 2412(d).

DATED this 16th day of May, 2005.

_____
United States District Judge

Submitted on May 16, 2005 by:

/s/
Linda Ziskin, OSB # 01106
(503) 534-3563
Richard Sly, OSB# 63074
(503) 224-0436
  Attorneys for Plaintiff

ORDER - Page 1